IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MORRIS E. BROWN,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-47-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that petitioner Morris E. Brown's motion for postconviction relief 28 U.S.C. § 2255 is DENIED for his failure to show that either his conviction or sentence is illegal.


_____
Peter Oppeneer, Clerk of Court

\_\_\_2/19/10\_\_\_
Date